## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:11-CV-287-DCK

| | | |
|---|---|---|
| DELIA B. SHEALY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNUM LIFE INSURANCE COMPANY | ) | |
| OF AMERICA, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, George K. Evans, Jr., filed his "Report of Mediation" (Document No. 10) notifying the Court that the parties reached a settlement on November 1, 2011.  The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file their Stipulation of Voluntary Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **November 30, 2011**.

Signed: November 4, 2011

David C. Keesler
United States Magistrate Judge